STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS
Assistant Federal Public Defender
DANIEL BLANK
Assistant Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
BRANDON LeBLANC
Assistant Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Ave, 19-6884
San Francisco, CA 94102
Telephone:  (415) 436-7700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No: CR 13-0753 EMC** |
| Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| IVAN SPEED, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | **Case No: CR 14-643 EMC** |
| Plaintiff, | |
| v. | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| DAVID MADLOCK & MATTHEW MUMPHREY, | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | **Case No: CR 15-004 EMC** |
| 2 | Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| 3 | v. | |
| 4 | LATONYA CAREY, | |
| 5 | Defendant. | |
| 6 | UNITED STATES OF AMERICA, | **Case No: CR 15-005 EMC** |
| 7 | Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| 8 | v. | |
| 9 | CRYSTAL ANTHONY, | |
| 10 | Defendant. | |
| 11 | UNITED STATES OF AMERICA, | **Case No. CR 15-006 EMC** |
| 12 | Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| 13 | v. | |
| 14 | DARELL POWELL, | |
| 15 | Defendant. | |
| 16 | UNITED STATES OF AMERICA, | **Case No. CR 15-0027 EMC** |
| 17 | Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| 18 | v. | |
| 19 | DARLENE ROUSE, | |
| 20 | Defendant. | |

DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT
CASE NOS.  CR 13-00753, CR 14-643, CR 15-004, CR 15-005, CR 15-006, CR 15-027, CR 15-028, CR 15-043, CR 15-049, CR 15-050, CR 15-052, CR 15-059, CR 15-070          **2**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ACACIA McNEAL<br><br>  Defendants. | **Case No. CR 15-0028 EMC**<br><br>**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANITA DIXON,<br><br>  Defendant. | **Case No. CR 15-0043 EMC**<br><br>**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AARON MATTHEWS,<br><br>  Defendant. | **Case No.  CR 15-0049 EMC**<br><br>**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NIJAH REED ,<br><br>  Defendant. | **Case No. CR 15-0050 EMC**<br><br>**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 15-0052 EMC** |
| Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| TIANA REDDIC, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | **Case No. CR 15-0059 EMC** |
| Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| TIFFANY CROSS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | **Case No. CR 15-0070 EMC** |
| Plaintiff, | **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| SHOLANDA ADAMS, | |
| Defendant. | |

**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT**

I.   STATUS OF SELECTIVE ENFORCEMENT/PROSECUTION MOTION

In order to meet the applicable standard for obtaining discovery to support either a selective enforcement or selective prosecution claim, the defense is undertaking the following work: a sociological study on the racial composition of drug sellers in the Tenderloin; a comparison of the racial composition of persons charged in San Francisco County Superior Court with selling drugs and those charged federally in Operation Safe Schools, an examination of relevant police reports regarding arrests for selling drugs in the Tenderloin, and investigation into racism among SFPD officers.  Below is an update on the status of the defense's efforts:

     a.   Statistical Information Learned To Date

On May 14, 2015, the Federal Public Defender received information obtained from the court management system (CMS) for the San Francisco County Superior Court.  This data was limited to cases filed in San Francisco County Superior Court that involved a charge under California Health and Safety Code section 11351.5 (which prohibits the possession of cocaine base for sale or the purchase of cocaine base for the purposes of sale).  *See* Declaration of Steven J. Koeninger In Support of July 2015 Case Management Statement ("Koeninger Decl.") ¶¶ 3-4.  The data showed that nearly half of the Tenderloin-based, section 11351.5 cases charged in San Francisco Superior Court between January 2013 and February 2015 involved defendants who were not Black.  None of those non-Black defendants, however, were charged in federal district court pursuant to Operation Safe Schools.  July 2015 CMC Statement, *United States v. Tiana Reddic,* No. 15cr52 (N.D. Cal. filed Mar. 31, 2015)(Docket No. 16-2).

In Defendants' July 2015 CMC statement, the Federal Public Defender explained that it was still gathering data on the racial makeup of defendants charged with selling other drugs in San Francisco in general and the Tenderloin in particular – as Operation Safe Schools targeted sellers of other drugs as well.  Declaration of Galia Phillips In Support Of Notice of Related

1  Case, Attachment H, *United States v. Tiana Reddic, No.* 15cr52 (N.D. Cal. filed Mar. 31,
2  2015)(Docket No. 47).  On September 11, 2015, the Federal Public Defender obtained additional
3  data from CMS, including a list of all drug-trafficking crimes charged in San Francisco County
4  Superior Court based on arrests between January 2009 and February 2015.  The term "drug-
5  trafficking crime" refers to any case involving a charge under any of the following statutes:
6  California Health & Safety Code sections 11351, 11351.5, 11352, 11358, 11359, 11360, 11375,
7  11378, 11378.5, and 11379.  The January 2009 to February 2015 CMS data comprises 34,174
8  spreadsheet entries, representing 8,002 unique police incidents. Declaration of Galia Amram
9  Phillips In Support Of September 2015 Case Management Statement, ¶2.  ("Phillips 9.15.15
10 Decl.")  The Federal Public Defender's Office is now sorting, reviewing and analyzing this data.

12              b.    Public Records Request
13       On May 8, 2015, the Federal Public Defender's Office submitted a public records request
14 to the SFPD for various incident reports pursuant to SFPD General Order 3.16, the San Francisco
15 Sunshine Ordinance, and the California Public Records Act (Cal. Gov't Code §§ 6250 et seq.).
16 Koeninger Decl., ¶ 2.  As of today, the Federal Public Defender's Office has received 323 police
17 reports.  Phillips 9.15.15 Decl, ¶3.  SFPD has produced these reports on a rolling basis with the
18 most recent production occurring two weeks ago on August 31, 2015.  An earlier production,
19 received August 17, 2015, included 25 reports that had all identifying information, including the
20 race of the arrestee, redacted.  The following day, August 18, 2015, the Federal Public Defender
21 sent a letter regarding these redactions.  To date the SFPD has not responded either by producing
22 unredacted reports or by providing an explanation for the redactions.  While the Federal Public
23 Defender waits for a response on the redacted reports, as well as completion of production of the
24 reports initially requested, the Federal Public Defender is reading and analyzing the reports it has
25 received.

      c.   FOIA Request

On April 17, 2015, the Federal Public Defender sent a FOIA request to the DEA.  On July 21, 2015, the DEA responded by providing 51 pages of heavily redacted DEA reports – most of which the Federal Public Defender already had.  Phillips 9.15.15 Decl, ¶4.  Another 141 relevant records were withheld altogether and were not produced.  *Id.*  On August 24, 2015, the Federal Public Defender appealed the DEA's decision to withhold the 141 pages of identified records.  That appeal is pending.  *Id.*

      d.   Sociological Study

The needle exchange study has begun.  The defense anticipates that the sociologists will complete their analysis of the data from the needle exchange study by the beginning of November 2015.  Phillips 9.15.15 Decl, ¶5.

      e.   Investigation Into Racism Among SFPD Officers

The investigation into racism among SFPD officers continues.  The defense cannot disclose the details of the investigation at this time.

II.    PROPOSED BRIEFING SCHEDULE FOR DISCOVERY MOTION

The defense proposes filing its Motion to Compel Discovery on December 18, 2015.  This date is the absolute earliest the Federal Public Defender's Office can file the motion.  There are a number of reasons for this.  First, the defense will not have received all data and completed the analysis of it until the beginning of November.  Because of the massive amount of data involved, *see supra,* and the present timeframe for acquiring it, the defense's analysis cannot be completed any faster than is contemplated by the December 18th filing date.  Second, FPD staff estimate it will take two weeks to assemble, organize and copy the brief, declarations and accompanying exhibits.  In fact, the defense expects the filing to be too voluminous for the Federal Public Defender's Office to handle in-house, and outside vendors are bidding on the

1  work needed to copy and assemble the necessary paper copies and under seal exhibits.

2  Third, lead defense counsel for this litigation is also lead counsel for a trial before Judge
3  Orrick beginning November 16, 2015.  The trial in *United States v. Daniels,* 13cr523 was
4  originally scheduled for October 2015, when the data analysis was being completed –which
5  would have provided lead counsel more time in November to draft the opening brief in the
6  selective enforcement/prosecution litigation.  However, two new AUSAs came into the *Daniels*
7  case for the government and asked lead counsel to agree to a continuance of the trial date so they
8  could attend a training.  The defense agreed and the trial was continued to November 16, 2015.
9  Phillips 9.15.15 Decl, ¶6; Minute Order, *United States v. Hezzack Daniels*, No. 13cr523 (N.D.
10 Cal. filed Aug. 20, 2015)(Docket No. 108).

11 Fourth, the second attorney heavily involved in this litigation will be on personal leave in
12 October, and the primary paralegal for the litigation is on annual leave for two weeks in
13 November.  Fifth, three attorneys are leaving the FPD office within a month (the office has only
14 9 AFPDs), and the Federal Public Defender has to reassign 67 cases to the remaining attorneys,
15 and one attorney transferring over from Oakland.  While all defense counsel involved in this
16 litigation have been diligently working toward filing the selective enforcement/prosecution
17 discovery motion, the combination of the foregoing circumstances, the sheer volume of the data
18 involved, and the effective representation of all clients requires an initial filing date of December
19 18, 2015 at the earliest.  Phillips 9.15.15 Decl, ¶7.

20

21 III.    DOCKETING OF THE SELECTIVE ENFORCEMENT/PROSECUTION LITIGATION
22 At the July 17, 2015 status conference, the Court asked the parties for input on how the
23 cases could be consolidated so that filings to do not have to be filed separately in each case in
24 which the selective enforcement/prosecution motion is filed.  The Federal Public Defender's
25 Office consulted with the clerk's office and was told that this Court could order the cases
26 consolidated.  If the cases are consolidated, documents could be filed in the lead case only.  The
27 Court can designate any of the cases the "lead case."  Phillips 9.15.15 Decl, ¶8

28

Dated: September 15, 2015

By: */s/ Galia Amram Phillips*
    GALIA A. PHILLIPS
    Attorney for Defendants Carey, Reed,
    Reddic and Rouse

Dated: September 15, 2015

By: */s/ Brandon LeBlanc*
    BRANDON LeBLANC
    Attorney for Defendant Matthews

Dated: September 15, 2015

By: */s/ Candis Mitchell*
    CANDIS MITCHELL
    Attorney for Defendants Cross and Adams

Dated: September 15, 2015

By: */s/ Gabriela Bischof*
    GABRIELA BISCHOF
    Attorney for Defendant Powell

Dated: September 15, 2015

By: */s/ Daniel P. Blank*
    DANIEL P. BLANK
    Attorney for Defendants Anthony, Dixon
    and McNeal

Dated: September 15, 2015

By: */s/ Ismail Jomo Ramsey*
ISMAIL JOMO RAMSEY
Attorney for Defendant Speed

Dated: September 15, 2015

By: */s/ Randy Sue Pollock*
RANDY SUE POLLOCK
Attorney for Defendant Madlock